IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXANDER ISAIS PUENTE SANDOVAL,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Civil Action No. 1:26-cv-00305-MJM |

## JOINT STATUS REPORT

Pursuant to this Court's Order (Dkt. No. 6), Petitioner filed a bond motion with the Executive Office for Immigration Review ("EOIR") on February 10, 2026. EOIR therefore must carry out the bond hearing by Friday, February 20, 2026. *See* Dkt. No. 6 at 4 ¶ 3.

The parties request leave to submit a further status report on Tuesday, February 24, 2026.

Respectfully submitted,            Date: 2/17/2026

*//s// Simon Y. Sandoval-Moshenberg*
Simon Y. Sandoval-Moshenberg
(Bar No. 30965)
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: (434) 218-9376
ssandoval@murrayosorio.com
*Counsel for Petitioner*

1

KELLY O. HAYES
United States Attorney


    */s/ Michael J. Wilson*
Michael J. Wilson (Bar No: 18970)
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4941
Michael.Wilson4@usdoj.gov

*Counsel for Respondents*